No. 9538.

JOHNSON v. THE STATE, EX REL. HOLLIDAY.

From the Blackford Circuit Court.

G. W. Harvey and W. A. Bonham, for appellant.
A. Steele, R. T. St. John and H. Brownlee, for appellee.

ELLIOTT, J.—The appellant argues one point, and all others are, there-fore, deemed waived. The point argued is that the verdict is not sustained by the evidence, and this we dispose of by the statement that we find the verdict fully supported by the evidence.
Judgment affirmed.

No. 10,336.

THE LOUISVILLE, NEW ALBANY AND CHICAGO RAILWAY COMPANY v. HAGEN.

From the Carroll Circuit Court.

A. W. Reynolds and E. B. Sellers, for appellant.
D. Turpie and J. A. Batson, for appellee.

ZOLLARS, J.—This case was brought by appellee against appellant, to recover the value of property destroyed by fire. The questions presented by the record, and discussed by counsel, are substantially the same as in the case of Louisville, etc., R. W. Co. v. Krinning, ante, p. 351. Upon the authority of that case, the judgment is affirmed, at the costs of appellant. See, also, Louisville, etc., R. W. Co. v. Stevens, ante, p. 198.

No. 10,451.

McILVAIN v. THE STATE, EX REL. EMERY.

From the Marion Circuit Court.

W. H. Martz, for appellant.
W. W. Woollen and L. T. Dillman, for appellee.

WOODS, C. J.—The appellant disputes the constitutionality of so much of the law concerning prosecutions in cases of bastardy as requires the im-prisonment of the defendant upon his failure to pay or replevy the judg-ment rendered against him. We do not consider the question an open one. Lower v. Wallick, 25 Ind. 68; Ex parte Teague, 41 Ind. 278; Reynolds v. La-mount, 45 Ind. 308; Turner v. Wilson, 49 Ind. 581.
Judgment affirmed.